**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

TIM LEATHERBY,                          )
     Plaintiff,                         )
                             )
v.                                      )        No. 2:25-cv-2931-SHL-cgc
                             )
YALABUSHA COUNTY, MISSISSIPPI,          )
     Defendant.                         )

**ORDER ADOPTING REPORT AND RECOMMENDATION,
DISMISSING COMPLAINT WITH PREJUDICE, AND
DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Before the Court is Magistrate Judge Charmiane G. Claxton's Report and Recommendation on in Forma Pauperis Screening Pursuant to 28 U.S.C. Section 1915 and on Certification of Appealability Pursuant to Rule 24 of the Federal Rules of Appellate Procedure on Section 1915 Screening (the "R&R") on pro se Plaintiff Tim Leatherby's Complaint, filed February 27, 2026.  (ECF No. 8.)

The R&R recommends that the Court dismiss the Complaint because it lacks personal jurisdiction over Defendant Yal[o]busha County, Mississippi, and because Leatherby fails to state a claim under 42 U.S.C. § 1983.  (Id. at PageID 32–33.)  The magistrate judge first reasons that the County has no contacts whatsoever with the forum state of Tennessee.  (Id. at PageID 32.)  She also reasons that § 1983, a statutory vehicle to redress violations of federal law, provides no remedy for Leatherby's two claims—that he "was deprived of his rights or privileges under state law" and that the County failed to enforce state court orders.  (Id. at PageID 33.)

The R&R further recommends that the Court certify pursuant to Federal Rule of Civil Procedure 24(a) that any appeal by Leatherby in this matter would not be taken in good faith, and

deny leave to proceed in forma pauperis on appeal.  (Id. at PageID 34.)

A magistrate judge may submit to a district judge proposed findings of fact and recommendations for a disposition.  28 U.S.C. § 636(b)(1)(B).  "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1).  A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Because no objection has been filed, and the deadline to do so has passed, the Court reviews the R&R in its entirety for clear error and finds none.  Therefore, the Court **ADOPTS** the R&R, **CERTIFIES** that an appeal would not be taken in good faith, and **DISMISSES** the Complaint **WITH PREJUDICE**.

**IT IS SO ORDERED,** this 26th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2